FILED

2010 NOV 18 AM 9:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ____________

Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
JAMES SHERIDAN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JAMES SHERIDAN,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, INC.,<br><br>Defendant. | **Case No.:** CV 10 8861-FFM<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

**VERIFIED COMPLAINT**

Plaintiff, JAMES SHERIDAN (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).
2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

///

///

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Los Angeles City, Los Angeles County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Norfolk, Virginia.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, HSBC Bank Nevada, NA, Discover, with an account number ending in 0720 (Defendant's reference number ending in 0720).

12. Plaintiff's alleged debt owed to Chase Bank arises from transactions for personal,

family, and household purposes.

13. On May 25, 2010, Plaintiff faxed a cease and desist letter to Defendant (Plaintiff's letter to Defendant and fax confirmation are attached as Group Exhibit A)

14. On May 25, 2010, Plaintiff faxed a notice of representation letters to Defendant (Plaintiff's letter to Defendant and fax confirmation are attached as Group Exhibit A).

15. Despite receiving Plaintiff's letter (Group Exhibit A), Defendant communicated with Plaintiff after September 29, 2010, in an attempt to collect a debt (Defendant's letter to Plaintiff dated September 29, 2010, is attached as Group Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

   b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

WHEREFORE, Plaintiff, JAMES SHERIDAN, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC., for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.14(c)* of the RFDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, JAMES SHERIDAN, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC., for the following:

22. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

24. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, JAMES SHERIDAN, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: November 15, 2010

KROHN & MOSS, LTD.

By: ______________________

Michael S. Agruss
Attorney for Plaintiff,
JAMES SHERIDAN

VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, JAMES SHERIDAN, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JAMES SHERIDAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11-1-10

[signature]
JAMES SHERIDAN

# EXHIBIT A

Debt Counsel for Seniors & the Disabled

DCSD

May 25, 2010

BY FAX ONLY: 757-321-2504
Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

Re: **James Sheridan**
**Your file or reference No.: Discover: Ending in 0720**
**Our file No.: 11227**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).** I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s).

Sincerely,

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: James Sheridan

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-27411

TRANSMISSION VERIFICATION REPORT

TIME : 05/25/2010 14:22
NAME : JEROME LAMET LTD
FAX : 13123553199
TEL : 13129392221
SER.# : BROD8J797996

| | |
|---|---|
| DATE,TIME | 05/25 14:21 |
| FAX NO./NAME | 17573212504 |
| DURATION | 00:00:57 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

Debt Counsel for Seniors & the Disabled

DCSD

May 25, 2010

BY FAX ONLY: 757-321-2504
Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate [illegible]
Norfolk, VA 23502

Re: James Sheridan
Your file or reference No.: Discover: Ending in 0720
Our file No.: 11227

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must cease contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).** I have attached a signed cease and desist order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local

# EXHIBIT B

Portfolio Recovery Associates, LLC
We're giving debt collection a good name

September 29, 2010

HSBC [illegible]
DISCOVER
HSBC BANK [illegible] N.A.
[illegible]

| Single Payment [illegible] | | |
| --- | --- | --- |
| • Take $442.07 off the balance<br>• Pay us $1,770.00 | • Take $442.07 off the balance<br>• Pay [illegible] | • Pay as little as $70.00 |

[illegible]

satisfied unless [illegible]

[illegible]

Quality Service Specialist [illegible]
Not happy with the way you were [illegible]
all our customers. Contact one of our [illegible]
(866) 925-7109 or by email at [illegible]

We are required under state law to notify consumers of the following rights. This list does not include a [illegible] list of rights consumers have under state and federal laws.

California: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt [illegible] collectors may not contact you [illegible]

#1122?

Portfolio Recovery Associates, LLC
We're giving debt collection a good name

September 29, 2010

**HSBC BANK NEVADA N.A.**
**DISCOVER**
**HSBC BANK NEVADA N.A.**
***BALANCE: $2,212.07**
**Account/Reference No: 6011380000090720**

## *Your Fall Savings Plan*

PRA wants to help resolve your account before 2011 begins. We are offering you big savings of up to **$442.07**. Sim[ply] complete one of the plans below and this debt will be a thing of the past.

| Single Payment Option: | 6 Month Payment Plan: | Balance in Full Payment Plan: |
|---|---|---|
| • Take **$442.07** off the balance<br>• Pay us **$1,770.00**<br>• Your account will be considered "Settled in Full" after we post your payment<br>• If you satisfy the terms of this settlement offer, no further interest will be charged to you | • Take **$442.07 off** the balance<br>• Pay over 6 equal monthly installments of **$295.00**<br>• Your account will be considered "Settled in Full" after we post your final payment<br>• If you satisfy the terms of this settlement offer, no further interest will be charged to you | • Pay as little as **$70.00** per month<br>• Your account will be considered "Paid in Full" once the account reaches a zero balance |

**Your first payment is due no later than 10/29/2010**

***Get started and take advantage of one of these options to move you closer to debt reduction and less financial worry!***

| Mail: | Call: | Online: |
|---|---|---|
| **Mail all checks and payments to:**<br><br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Call Toll-Free at **1-800-772-1413** to discuss payment arrangements. Let us prove how committed we are to working with you! | **Pay us online at:**<br>**www.portfoliorecovery.com** |

***We are not obligated to renew this offer. Interest continues to accrue on this account until the accoun[t is] satisfied, unless interest has been suspended. The above balance includes interest as of the date of th[is] letter. You may contact us to obtain an exact payoff amount for a future date.***

**Hours of Operation** (EST) 730 AM to 11 PM Mon - Fri , 8 AM to 5 PM Sat , 2 PM to 9 PM Sun
**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502
**Disputes Correspondence Address:** 140 Corporate Boulevard, Norfolk, VA 23502 or E-mail PRA_Disputes@portfoliorecovery.com
**Credit Card Payments** - Third party vendors may charge a transaction fee for processing payments made by credit card, however, PRA does not charge or accept any fees. Please discuss this option with our staff if you h[ave] any questions.

**PRIVACY NOTICE**

We collect certain personal information about you from the following sources: (a) information we receive from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about yo[u to] those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

#1122

Portfolio Recovery Associates, LLC
We're giving debt collection a good name

September 29, 2010

**HSBC BANK NEVADA N.A.**
**DISCOVER**
**HSBC BANK NEVADA N.A.**
***BALANCE: $2,212.07**
**Account/Reference No: 6011380000090720**

## *Your Fall Savings Plan*

PRA wants to help resolve your account before 2011 begins. We are offering you big savings of up to **$442.07**. Sin
complete one of the plans below and this debt will be a thing of the past.

| Single Payment Option: | 6 Month Payment Plan: | Balance in Full Payment Plan |
|---|---|---|
| • Take **$442.07** off the balance<br>• Pay us **$1,770.00**<br>• Your account will be considered "Settled in Full" after we post your payment<br>• If you satisfy the terms of this settlement offer, no further interest will be charged to you | • Take **$442.07** off the balance<br>• Pay over 6 equal monthly installments of **$295.00**<br>• Your account will be considered "Settled in Full" after we post your final payment<br>• If you satisfy the terms of this settlement offer, no further interest will be charged to you | • Pay as little as **$70.00** per month<br>• Your account will be considere "Paid in Full" once the account reaches a zero balance |

**Your first payment is due no later than 10/29/2010**

***Get started and take advantage of one of these options to move you closer to debt reduction and less financial worry!***

| Mail: | Call: | Online: |
|---|---|---|
| **Mail all checks and payments to:**<br><br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Call Toll-Free at **1-800-772-1413** to discuss payment arrangements. Let us prove how committed we are to working with you! | **Pay us online at:**<br>**www.portfoliorecovery.com** |

****We are not ob[illegible] new this offer. Interest continues to accrue on this account until the accou satisfied, unless interest has been suspended. The above balance includes interest as of the date of th letter. You may contact us to obtain an exact payoff amount for a future date.***

**Hours of Operation** (EST) 730 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., 2 PM to 9 PM Sun.

U0213269-47M2-4

JAMES SHERIDAN
4121 REDWOOD AVE STE 201
LOS ANGELES CA 90066-5620

85 IJXYNPi 90066

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SHERIDAN<br>PLAINTIFF(S)<br>v.<br>PORTFOLIO RECOVERY ASSOCIATES, INC.<br>DEFENDANT(S). | CASE NUMBER<br>CV 10 8861-FFM<br><br>**SUMMONS** |

TO: DEFENDANT(S): PORTFOLIO RECOVERY ASSOCIATES, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Michael S. Agruss, Esq., whose address is Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 18 NOV 2010

By: MARILYN DAVIS
Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JAMES SHERIDAN

**DEFENDANTS**
PORTFOLIO RECOVERY ASSOCIATES, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Krohn & Moss, Ltd.;Michael S. Agruss, Esq.
10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025
(323) 988-2400

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**__________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☑ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV 10 8861

**FOR OFFICE USE ONLY:** Case Number: __________

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Norfolk (VA) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ____ **Date** November 15, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |